1  STEPHANIE M. HINDS (CABN 154284)
   Acting United States Attorney
2
3  HALLIE HOFFMAN (CABN 210020)
   Chief, Criminal Division
4
5  JASON KLEINWAKS (NYBN 5335013 / DCBN 1049058)
   Assistant United States Attorney
6
        450 Golden Gate Avenue, Box 36055
7       San Francisco, California 94102-3495
        Telephone: (415) 436-6924
8       FAX: (415) 436-7234
        jason.kleinwaks@usdoj.gov
9
10 Attorneys for United States of America

11                    UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13                        SAN FRANCISCO DIVISION

14 UNITED STATES OF AMERICA,          ) CASE NO. CR 19-0562 WHO
                                      )
15        Plaintiff,                  ) **NOTICE OF DISMISSAL**
                                      )
16    v.                              )
                                      )
17 JAIME AVINA BARAJAS,               )
                                      )
18        Defendant.                  )
                                      )
19                                    )

20        With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United
21 States Attorney for the Northern District of California dismisses the Indictment in this case against
22 Jaime Avina Barajas without prejudice.
23
24 DATED:  March 8, 2021                       Respectfully submitted,

25                                             STEPHANIE M. HINDS
                                               Acting United States Attorney
26
27                                             */s/ Hallie Hoffman*
                                               HALLIE HOFFMAN
28                                             Chief, Criminal Division

NOTICE OF DISMISSAL
CR 19-0562 WHO

Leave is granted to the government to dismiss the Indictment against Jaime Avina Barajas. The status hearing currently scheduled for March 11, 2021 is vacated.

Date: March 10, 2021

_____
HON. WILLIAM H. ORRICK
United States District Judge

NOTICE OF DISMISSAL
CR 19-0562 WHO